**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LISA GERHARDT                                                                                          PLAINTIFF

v.                                        No. 4:06CV01595 JLH

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON; UNIVERSAL HEALTH
SERVICES, INC.; UHS OF DELAWARE, INC.;
and THE BRIDGEWAY, INC.                                                                     DEFENDANTS

## ORDER

Defendants have filed a motion for extension of time up to and including July 13, 2011, within which to file the administrative record under seal. For good cause shown, the motion is GRANTED. Document #106.

IT IS SO ORDERED this 13th day of July, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE