## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LISA GERHARDT                                                                    PLAINTIFF

v.                                No. 4:06CV01595 JLH

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON; UNIVERSAL HEALTH
SERVICES, INC.; UHS OF DELAWARE, INC.;
and BRIDGEWAY, INC.                                          DEFENDANTS

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, the decision of Liberty Life Assurance Company of Boston terminating the disability benefits of Lisa Gerhardt is affirmed. Lisa Gerhardt's motion for judgment is denied (Document #119) and her complaint is dismissed with prejudice.

IT IS SO ORDERED this 14th day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE